*Concannon* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, Robert N. Anderson* and *Harry Baum* for respondent. Reported below: 164 F. 2d 870.

No. 742. CONSOLIDATED GOLDACRES Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 10th. Certiorari denied. *Frazer Arnold* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, Lee A. Jackson* and *S. Walter Shine* for respondent.

No. 743. COHEN, FRIEDLANDER & MARTIN Co. *v.* MASSACHUSETTS MUTUAL LIFE INSURANCE Co. C. C. A. 6th. Certiorari denied. *George R. Effler* for petitioner. *Ross W. Shumaker* for respondent.

No. 744. TROSCLAIR *v.* STANOLIND OIL & GAS Co. ET AL. C. C. A. 5th. Certiorari denied. *O. R. McGuire* for petitioner. *Richard B. Montgomery* for respondents.

No. 690. MILLER *v.* UNITED STATES ET AL. C. C. A. 2d. Certiorari denied. Petitioner *pro se. Solicitor General Perlman* for the United States; *Hugh M. Alcorn* for the Town of Suffield; and *Charles Welles Gross* for the Suffield Savings Bank, respondents.

No. 712. CURTISS CANDY Co. *v.* CLARK, DIRECTOR, DIVISION OF LIQUIDATION, DEPARTMENT OF COMMERCE. United States Emergency Court of Appeals. Turney substituted for Clark as the party respondent. Certiorari denied. *Irwin N. Walker* and *Peter B. Atwood* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Josephine H. Klein* for respondent.